# Court of Appeals
## Tenth Appellate District of Texas

10-26-00090-CV

In the Interest of L.D.T. and D.L.T., Children

On appeal from the
74th District Court of McLennan County, Texas
Judge Gary R. Coley, presiding
Trial Court Cause No. 2010-67-3

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

On March 2, 2026, Appellant filed what is labeled as "Pro Se Appeal On" with the trial court, which was forwarded to this Court and filed as a notice of appeal of a judgment signed by the trial court on September 19, 2024. By letter from the Clerk of this Court dated March 11, 2026, Appellant was informed that the notice of appeal appears to be untimely and that the appeal would be dismissed without further notice unless a response was filed showing grounds for continuing the appeal on or before March 23, 2026. No response has been filed.

Accordingly, we dismiss this appeal for want of jurisdiction and for failure to follow a directive of the Clerk of this Court.  *See* TEX. R. APP. P. 42.3(b), (c).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  April 2, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

